**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 96-6653**

―――――――――

MICKEY V. COLLINS,

Plaintiff - Appellant,

versus

G. L. WOODARD; CORRECTIONAL OFFICER WESTBROOK;
NURSE BROUGHTON; P. A. HINDS,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, District Judge.  (CA-95-264-5-BR)

―――――――――

Submitted:  June 20, 1996             Decided:  July 2, 1996

―――――――――

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Mickey V. Collins, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his 42 U.S.C. § 1983 (1988) complaint under 28 U.S.C.A. § 1915(d) (West 1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Collins v. Woodard, No. CA-95-264-5-BR (E.D.N.C. Apr. 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2